[No. 7,149.—Department No. 1.]

## JOHNSON v. WRIGHT.

By the COURT:

On the authority of *Johnson v. Squires*, No. 7,148, judgment reversed, and cause remanded to the Court below for a new trial.